UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Jackson National Life Insurance Company</u>

    v.                      Civil No. 07-cv-259-JL

<u>Robert G. Economou, et al.</u>


<u>ORDER</u>

Re: Document No. 17, MOTION to Deposit Funds into Court Registry

    Ruling: Granted. Although the plaintiff did not comply with Local Rule 7.1(e)(2) requiring leave to file a reply to an objection to a nondispositive motion, the court assumes this was because plaintiff's counsel considers the motion to be "dispositive" insofar as it applies to the plaintiff.

    Plaintiff's reliance on <u>Hudson Savings Bank v. Austin</u> is sound. The requirements of 28 U.S.C. § 1335 have been met. Leave is granted pursuant to Local Rule 67.2 to deposit the funds into the Court Registry Investment System with the clerk's office, along with an accounting of whatever sums it deems recoverable under applicable law, with notice and copies to the all parties. Once the deposit has been received by the clerk's office the Deputy Clerk will bring the motion to the court's attention for the dismissal of the plaintiff. Defendants must object to any claim to any fees and costs asserted by the plaintiff within 10 days of receiving notice of the deposit and accounting.


                                      /s/ Joseph N. Laplante
                                      Joseph N. Laplante
                                      U.S. District Judge

Date: January 31, 2008

cc:   William Pandolph, Esq.
      Jaye Rancourt, Esq.
      Ronald Caron, Esq.
      Mary Ann D. Greska, pro se