UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Jackson National Life</u>
<u>Insurance Company</u>

    v.                          Civil No. 07-259-JL

<u>Robert G. Economou, et al.</u>

**<u>O R D E R</u>**

    The court construes claimant Greska's motion to withdraw (document no. 41) as a motion for voluntary nonsuit.  In deference to her desire to withdraw her claim before the case is transferred to the Middle District of Florida, the motion is GRANTED, and judgment is GRANTED in favor of the remaining claimants of record.

    The remaining claimants' motion for costs (document #43) is GRANTED, subject to the claimants' full compliance with Local Rule 54.  The motion for attorney fees (document #43) under 28 U.S.C. § 1927 is DENIED.  Although claimant Greska struggled with certain court rules and procedures, nothing in her written or oral submissions can be characterized as sufficiently unreasonable or vexatious as to justify an award of attorney's fees.  28 U.S.C. § 1927.

    All other pending motions are DENIED AS MOOT.

The Clerk is directed to make the necessary arrangements with Attorney Rancourt for distribution of the proceeds on deposit with the court, and to close this matter.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  May 6, 2008

cc:   William D. Pandolph, Esq.
      Jay Rancourt, Esq.
      Ronald J. Caron, Esq.
      Mary Ann D. Greska, pro se