UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

**Jackson National Life**
**Insurance Company**

    v.                    Civil No. 07-259-JL

**Robert G. Economou, et al.**


**O R D E R**

The defendant's Motion for Bill of Costs (document no. 48) is DENIED. The court does not consider the moving defendants to be prevailing parties under Rule 54, as the court's entry of judgment in their favor was made at defendant Greska's request after a transfer of venue, which likely resulted in substantial litigation savings to the moving defendants.

As to the interpleader plaintiff, the court's January 31, 2008 order was intended to release and discharge it from any obligation regarding the annuity benefits followings its deposit of the interpleader stakes.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated:  June 12, 2008

cc:  William D. Pandolph, Esq.
     Jay Rancourt, Esq.
     Ronald J. Caron, Esq.
     Mary Ann D. Greska, pro se